PS 42
(2/98)

# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, N.C.

2005 MAY 13 PM 1:47

U.S. DISTRICT COURT
W. DIST. OF N.C.

United States of America          )
                                  )
vs                                )
Samuel Leak                       )
                                  )

Case No. 3:04CR200

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Samuel Leak, have discussed with , Probation Officer David L. Waddell, modification of my release as follows: "Terminate electronic monitoring as a condition of bond"

I consent to this modification of my release conditions and agree to abide by this modification.

_Samuel Leak_        5/6/05
Signature of Defendant      Date

This Modification Order has been discussed with USA Gretchen C.F. Shappert , and she concurs with my recommendation.

_D. Waddell_      5/6/05
USPO      Date

Reviewed and Approved: _[signature]_      5/6/05
SUSPO      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____      _____
Signature of Defense Counsel      Date

[✓] The above modification of conditions of release is ordered, to be effective on _____.

[ ] The above modification of release is not ordered.

_[signature]_      5/9/05
     Date

cc: AUSA     Defendant     Defense Attorney     PSI Officer